UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: __10-40362-RAM__

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Aileen Sola                                    CO-DEBTOR: _____
Last Four Digits of SS# __xxx-xx-0948__                Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A.  $ __3,305.36__   for months __1__ to __60__ ;
B.  $ _____   for months _____ to _____ ;
C.  $ _____   for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee  $ 3750.00 + $500.00 (for Motion to Value) = $4250.00
                  TOTAL PAID      $ 2000.00
                  Balance Due     $ 2250.00   payable $ 187.50  month (Months __1__ to __12__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Citi Mortgage                      Arrearage on Petition Date $ 30,000.00
Address 15851 Clayton Rd              Arrears Payment $ 383.50 /month (Months 1 to 12)
        MS-301                        Arrears Payment $ 529.12 /month (Months 13 to 60)
        Baldwin, MO 63011             Regular Payment $ 2403.83 /month (Months 1 to 60)
        Loan No. xxxxx06550

2. _____             Arrears Payment $ _____
   _____             Arrears Payment $ _____ /month (Months ___ to ___)
   _____             Regular Payment $ _____ /month (Months ___ to ___)
                                      Arrears Payment $ _____ /month (Months ___ to ___)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Home Mortgage<br>Loan No. xxxxxx6312<br>Prop Add: 11131 SW 146th Place<br>Miami, FL 33186 | Homestead Property<br>$223,329.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____        Total Due $ _____
                             Payable $ _____ /month (Months ___ to ___)

Unsecured Creditors: Pay $ 41.88 month (Months __13__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :). _____

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Aileen Sola
Debtor
Date: 10-18-10                         Joint Debtor
                                       Date: _____

LF-31 (rev. 06/02/08)