B6A (Official Form 6A) (12/07)

In re  **Aillen Sola**                                                    Case No.   **10-40362**
                                                                                          (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 11131 SW 146 Place, Miami, FL  33186<br>Purchased and on title since July 2, 2001.<br>Legal Description:<br>Lot 4, Block 5, of GREEN ESTAES SUBDIVISION SECTION TWO, according to the Plat thereof, as recorded in Plat Book 130, Page 24, of the Public Records of Miami-Dade County, Florida.<br>Valuation based on Miami-Dade County Property Appraiser Office. | Fee Simple | - | $223,329.00 | $295,405.74 |
| | | **Total:** | **$223,329.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Aillen Sola**                                          Case No.   **10-40362**
                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | - | $1.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | South Florida Educational Federal Credit Union Checking Account: #X7508<br><br>BB&T Bank, Checking Account #XXXX8983 | -<br><br>J | $40.00<br><br>$1.95 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Living room: 2 sofa, 1 chair, 1 coaktail table, and 1 television. Bed room: 3 beds, 2 dressers, 3 night stands. Dining room: 1 table, 4 chairs. Kitchenware and appliances: pots, pans, plates, cups, 1 microwave, 1 toaster,  1 refrigerator, 1 stove, utensils. Miscellaneous: 1 washer, and 1 dryer. Debtors valuation is based on age and condition. | - | $900.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Used Clothing and Shoes Debtors valuation is based on age and condition | - | $244.00 |
| 7. Furs and jewelry. | | 1 watch, and some assorted pieces of fashion jewelry. Debtors valuation is based on age and condition. | - | $15.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Aillen Sola**                                                Case No.    **10-40362**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Aillen Sola**                                                                Case No.    **10-40362**
                                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Aillen Sola**                                          Case No.    **10-40362**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Aillen Sola**                                                                    Case No.  **10-40362**
                                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

___4___ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total  >**          **$1,201.95**

B6C (Official Form 6C) (4/10)

In re  **Aillen Sola**                                                Case No.    **10-40362**
                                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                  $146,450.*

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 11131 SW 146 Place, Miami, FL  33186 Purchased and on title since since July 2, 2001. Legal Description: Lot 4, Block 5, of GREEN ESTAES SUBDIVISION SECTION TWO, according to the Plat thereof, as recorded in Plat Book 130, Page 24, of the Public Records of Miami-Dade County, Florida. Valuation based on Miami-Dade County Property Appraiser Office. | Fla. Const. art. X § 4(a)(1); Fla. Stat. Ann. §§ 222.01, .02 | $223,329.00 | $223,329.00 |
| Cash on Hand | Fla. Const. art. X, § 4(a)(2) | $1.00 | $1.00 |
| South Florida Educational Federal Credit Union Checking Account: #X7508 | Fla. Const. art. X, § 4(a)(2) | $40.00 | $40.00 |
| BB&T Bank, Checking Account #XXXX8983 | Fla. Const. art. X, § 4(a)(2) | $1.95 | $1.95 |
| Living room: 2 sofa, 1 chair, 1 coaktail table, and 1 television. Bed room: 3 beds, 2 dressers, 3 night stands. Dining room: 1 table, 4 chairs. Kitchenware and appliances: pots, pans, plates, cups, 1 microwave, 1 toaster,  1 refrigerator, 1 stove, utensils. Miscellaneous: 1 washer, and 1 dryer. Debtors valuation is based on age and condition. | Fla. Const. art. X, § 4(a)(2) | $900.00 | $900.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | **$224,271.95** | **$224,271.95** |

B6C (Official Form 6C) (4/10) -- Cont.

In re **Aillen Sola**                                              Case No.    **10-40362**
                                                                           (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Used Clothing and Shoes<br>Debtors valuation is based on age and condition | Fla. Const. art. X, § 4(a)(2) | $42.05 | $244.00 |
| 1 watch, and some assorted pieces of fashion jewelry.<br>Debtors valuation is based on age and condition. | Fla. Const. art. X, § 4(a)(2) | $15.00 | $15.00 |
| | | **$224,329.00** | **$224,530.95** |

B6D (Official Form 6D) (12/07)

In re **Aillen Sola**                                      Case No.  **10-40362**
                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **XXXX6312**<br><br>**Chase**<br>**802 Delaware Avenue 8th F**<br>**Wilmington, DE 19801** | | - | DATE INCURRED:  **5/2005**<br>NATURE OF LIEN:<br>**2nd Mortgage**<br>COLLATERAL:<br>**11131 Sw 146 Place, Miami, FL  3186**<br>REMARKS:<br>**Homestead Property.**<br><br><br>VALUE:              **$223,329.00** | | | | $47,228.34 | $47,228.34 |
| ACCT #: **XXX06550**<br><br>**Citi Mortgage**<br>**15851 Clayton Road MS-301**<br>**Balwin, MO 63011** | | - | DATE INCURRED:  **6/2001**<br>NATURE OF LIEN:<br>**1st Mortgage**<br>COLLATERAL:<br>**11131 SW 146 Place, Miami, FL  33186**<br>REMARKS:<br>**Homestead Property.**<br><br><br>VALUE:              **$223,329.00** | | | | $248,177.40 | $24,848.40 |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $295,405.74 | $72,076.74 |
| | | | Total (Use only on last page) > | | | | $295,405.74 | $72,076.74 |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re  **Aillen Sola**                                                      Case No.    **10-40362**
                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Aillen Sola**                                        Case No.  **10-40362**
_____              _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **XXXX6943**<br>**AMEX**<br>**POB 360002**<br>**Ft. Lauderdale, FL  33336** | | - | DATE INCURRED:  **4/2006**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $16,855.00 |
| ACCT #:  **XXXX8531**<br>**Bank of America**<br>**POB 2890**<br>**Chatsworth, CA 91311** | | - | DATE INCURRED:  **5/2006**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $20,445.33 |
| ACCT #:  **XXXX7965**<br>**Bank of America**<br>**POB 650070**<br>**Dallas, Texas  75265** | | - | DATE INCURRED:  **11/2003**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $20,361.00 |
| ACCT #:  **XXXX738124742**<br>**Baptist Hospital**<br>**8900 North Kendall Drive**<br>**Miami, FL  33176** | | - | DATE INCURRED:  **6/7/2009**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $30.75 |
| ACCT #:  **XXXX734703382**<br>**Baptist Hospital**<br>**8900 North Kendall Dr.**<br>**Miami, FL  33176** | | - | DATE INCURRED:  **4/21/2008**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $250.00 |
| ACCT #:  **XXXX43434976**<br>**Baptist Hospital**<br>**8900 North Kendall Dr.**<br>**Miami, FL  33176** | | - | DATE INCURRED:  **10/13/2008**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $123.15 |
| | | | | | Subtotal > | | $58,065.23 |
| | | | | | Total > | | |

_____**7**_____continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aillen Sola**                                          Case No.   **10-40362**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **XXXX808696728**<br>**Baptist Hospital**<br>**8900 North Kendall Drive**<br>**Miami, FL  33176** | | - | DATE INCURRED:  **10/29/2008**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $141.55 |
| ACCT #:  **XXXX808390447**<br>**Baptist Hospital**<br>**8900 North Kendall Drive**<br>**Kendall Drive**<br>**Miami, FL  33176** | | - | DATE INCURRED:  **8/21/2008**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $78.42 |
| ACCT #:  **XXXX5140**<br>**Barclaysbk**<br>**1007 Orange Street**<br>**Wilmington, DE 19801** | | - | DATE INCURRED:  **6/2008**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $2,857.00 |
| ACCT #:  **XXXX8602**<br>**BLOOMDSNB**<br>**POB 4590**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:  **9/2006**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $3,150.00 |
| ACCT #:  **XXXX2823**<br>**Chase**<br>**POB 31098**<br>**Tampa, FL 33631** | | - | DATE INCURRED:  **12/2005**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $11,309.00 |
| ACCT #:  **XXXX6128**<br>**Chase**<br>**POB 15583**<br>**Wilmington, DE 19886** | | - | DATE INCURRED:  **1/2008**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $8,549.00 |

Sheet no. ____**1**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $26,084.97

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aillen Sola**                                              Case No.   **10-40362**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **XXXX1466**<br>**Chase**<br>**POB 15583**<br>**Wilmington, DE 19886** | | - | DATE INCURRED:  **8197.00**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxx0254**<br>**Chase Bank**<br>**POB 15153**<br>**Wilmington, DE 1986** | | - | DATE INCURRED:  **8/2002**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$4,114.00** |
| ACCT #:  **XXXX3493**<br>**Discover Card**<br>**POB 15251**<br>**Wilmington, DE 19886** | | - | DATE INCURRED:  **12/2007**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$8,993.00** |
| ACCT #:  **XXXX0514**<br>**Ethan/GEMB**<br>**2900 N Federal Hwy**<br>**Ft. Lauderdale, FL** | | - | DATE INCURRED:  **4/2006**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$13,674.00** |
| ACCT #:<br>**GEMB/BRANDSMART**<br>**GE Money Bank**<br>**POB 960061**<br>**Orlando, FL 32896** | | - | DATE INCURRED:  **8/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$8,711.00** |
| ACCT #:  **XXXX4776**<br>**GMAC**<br>**POB 2175**<br>**Jacksonville, FL** | | - | DATE INCURRED:  **7/2009**<br>CONSIDERATION:<br>**Leased vehicle deficiency**<br>REMARKS:<br>**Vehicle surrendered January 2010** | | | | **$11,426.00** |

Sheet no. ____**2**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$46,918.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aillen Sola**                                                                  Case No.  **10-40362**
                                                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **XXXX7021**<br>**HSBC Bank**<br>**Best Buy**<br>**1405 Foulk Road**<br>**Wolmington, DE 19808** | | - | DATE INCURRED:  **7/2006**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$5,695.76** |
| ACCT #:  **XXXX7806**<br>**HSBC/BSBUY**<br>**POB 5253**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:  **1/2008**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$5,696.00** |
| ACCT #:  **XXXX6151**<br>**Kendall Anesthesia Assoc.**<br>**POB 99008**<br>**Bedford, TX 76095** | | - | DATE INCURRED:  **5/2007**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$56.10** |
| ACCT #:  **XXXX0295**<br>**Kendall Anesthesia Assoc.**<br>**POB 99008**<br>**Bedford, TX 76095** | | - | DATE INCURRED:  **5/2008**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$33.00** |
| ACCT #:  **XXXX3759**<br>**LVNV Funding**<br>**POB 10497**<br>**Greenville, SC 29603** | | - | DATE INCURRED:  **6/2008**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$18,134.00** |
| ACCT #:  **xxxx3120**<br>**MACYS/DSNB**<br>**POB 8218**<br>**Mason, OH 450408218** | | - | DATE INCURRED:  **11/2003**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$4,252.00** |

Sheet no. ____**3**____ of ____**7**____ continuation sheets attached to                    Subtotal >              **$33,866.86**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                                    **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Aillen Sola**                                        Case No.  **10-40362**

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **XXXX7056**<br>**Midland Credit/Bank of America**<br>**POB 939019**<br>**San Diego, CA 92193** | | - | DATE INCURRED:  **7/2009**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$22,991.00** |
| ACCT #:  **XXXX8192**<br>**NCO Financial Systems**<br>**POB 15773**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **7/2009**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$1,101.00** |
| ACCT #:  **XXXX0349**<br>**Nelnet LNS**<br>**POB 82561**<br>**Lincoln, NE 68501** | | - | DATE INCURRED:  **9/2006**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$12,639.00** |
| ACCT #:  **XXXX0449**<br>**Nelnet LNS**<br>**POB 82561**<br>**Lincoln, NE 68501** | | - | DATE INCURRED:  **9/2006**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$8,577.00** |
| ACCT #:  **XXX2524**<br>**Neuroscience Consultants**<br>**9090 SW 87th Court 2001**<br>**Miami, FL  35481** | | - | DATE INCURRED:  **5/2009**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$42.33** |
| ACCT #:  **XXXX9635**<br>**Paragon Way**<br>**2101 W. Ben White Blvd. Suite 103**<br>**Auston, TX 78704** | | - | DATE INCURRED:  **7/2009**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$13,674.00** |

Sheet no. ____**4**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$59,024.33**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Aillen Sola**

Case No. **10-40362**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **XXXX5815** <br> **Pinnacle Credit Services** <br> **POB 640** <br> **Hopkins, MN 55343** | | - | DATE INCURRED:  **12/2008** <br> CONSIDERATION: <br> **Credit Card Purchases** <br> REMARKS: | | | | $13,296.00 |
| ACCT #:  **XXXX7806** <br> **PORTFOLIO RECOVERY** <br> **120 CORPORATE BLVD, STE1** <br> **NORKFOLK, VA 23502** | | - | DATE INCURRED:  **12/2008** <br> CONSIDERATION: <br> **Credit Card Purchases** <br> REMARKS: | | | | $5,974.00 |
| ACCT #:  **XXX2741** <br> **Quest Diagnostics** <br> **POB 740781** <br> **Cininnati, OH 45274** | | - | DATE INCURRED:  **10/2009** <br> CONSIDERATION: <br> **Medical Bill** <br> REMARKS: | | | | $18.98 |
| ACCT #:  **XXXX4308** <br> **RBC Bank USA** <br> **Attn: Retail Credit Management** <br> **POB 1220** <br> **Rocky Mount,  NC 27802** | | - | DATE INCURRED:  **7/2005** <br> CONSIDERATION: <br> **Mortgage deficiency** <br> REMARKS: | | | | $55,000.00 |
| ACCT #:  **XXXX0030** <br> **Sallie Mae** <br> **10052 Arthur Drive Lynn** <br> **Haven, FL  32444** | | - | DATE INCURRED:  **2/2003** <br> CONSIDERATION: <br> **Student Loan** <br> REMARKS: | | | | $26,549.00 |
| ACCT #:  **XXXX0070** <br> **Sallie Mae** <br> **10052 Arthur Drive Lynn** <br> **Haven, FL  32444** | | - | DATE INCURRED:  **8/2007** <br> CONSIDERATION: <br> **Student Loan** <br> REMARKS: | | | | $7,338.00 |

Sheet no. _____**5**_____ of _____**7**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$108,175.98**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aillen Sola**                                     Case No.   **10-40362**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **XXXX** <br> **Sallie Mae** <br> **10052 Arthur Drive Lynn** <br> **Haven, FL  32444** | | - | DATE INCURRED:  **5/2007** <br> CONSIDERATION: <br> **Student Loan** <br> REMARKS: | | | | **$4,295.00** |
| ACCT #:  **XXXX0070** <br> **Sallie Mae** <br> **10052 Arthur Drive Lynn** <br> **Haven, FL  32444** | | - | DATE INCURRED:  **4/2007** <br> CONSIDERATION: <br> **Student Loan** <br> REMARKS: | | | | **$5,385.00** |
| ACCT #:  **XXXX0070** <br> **Sallie Mae** <br> **10052 Arthur Drive Lynn** <br> **Haven, FL  32444** | | - | DATE INCURRED:  **4/2007** <br> CONSIDERATION: <br> **Student Loan** <br> REMARKS: | | | | **$4,250.00** |
| ACCT #:  **XXXX0001** <br> **Sheridan ER Pysicians SV** <br> **POB 848508** <br> **Pembroke Pines, FL  33084** | | | DATE INCURRED:  **7/2007** <br> CONSIDERATION: <br> **Credit Card Purchases** <br> REMARKS: | | | | **$15.50** |
| ACCT #:  **XXXX3089** <br> **THE HOME DEPOT/CBSD** <br> **POB 6497** <br> **Sioux Falls, SD 57117** | | - | DATE INCURRED:  **6/2007** <br> CONSIDERATION: <br> **Credit Card Purchases** <br> REMARKS: | | | | **$12,380.00** |
| ACCT #:  **XXXX3816** <br> **Toyota FSB** <br> **POB 991817** <br> **Mobile, AL 38891** | | - | DATE INCURRED:  **11/2008** <br> CONSIDERATION: <br> **Credit Card Purchases** <br> REMARKS: | | | | **$963.00** |

Sheet no. ____**6**____ of ____**7**____ continuation sheets attached to          Subtotal >       **$27,288.50**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                                   **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable, on the**
                           **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aillen Sola**                                                                      Case No.   **10-40362**
                                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx0656**<br>**Visa/DSNB**<br>**POB 8218**<br>**Mason, OH-450408218** | | - | DATE INCURRED:  **9/2006**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$5,947.00** |
| ACCT #:  **XXXX6815**<br>**Visa/DSNB**<br>**POB 8218**<br>**Mason, OH-450408218** | | - | DATE INCURRED:  **11/2003**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$2,109.00** |
| ACCT #:  **XXXX0514**<br>**WFFNATBANK**<br>**220 W Schrock Rd,**<br>**Westerville, OH 43081** | | - | DATE INCURRED:  **1/2008**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$7,353.00** |
| ACCT #:<br>**WFNNB/VICTORIAS SECRET**<br>**POB 659728**<br>**San Antonio, TX 78265** | | - | DATE INCURRED:  **5/1996**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$320.00** |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____**7**_____ of _____**7**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal > | **$15,729.00** |
| Total > | **$375,152.87** |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Aillen Sola**                                                Case No.    **10-40362**
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Aillen Sola**                                                          Case No.   **10-40362**
                                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  **Aillen Sola**                                        Case No.   **10-40362**   _____
                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

None

☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $28,460.82 | 2010 Estimated YTD Income |
| $96,144.00 | 2009 Income |
| $70,145.00 | 2008 Income |

None

☑

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None

☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None

☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:   **Aillen Sola**                                                    Case No.    **10-40362**
                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Wells Fargo Financial National Bank vs. Aileen Sola | Civil | In the Circuit of the eleventh Judicial Circuit in and for Miami Dade County, Florida | Final Judgment Writ of Garnishment |
| Chase Bank USA, N.A. vs. Aillen Sola | Civil | In the Circuit of the eleventh Judicial Circuit in and for Miami Dade County, Florida | Pending |

---

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| GMAC POB 2175 Jacksonville, FL | Surrendered January 2010 | Vehicle: 2008 Chevy Tahoe |

---

**6. Assignments and receiverships**

None ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  **Aillen Sola**                                          Case No.   **10-40362** _____
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

---

### 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  **Aillen Sola**                                    Case No.   **10-40362**
                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☑

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None ☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:    **Aillen Sola**                                                                    Case No.    **10-40362**
                                                                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☑    a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑    b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑    b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑    a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑    b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: **Aillen Sola**                                                    Case No.  **10-40362** _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

None
☑

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **10/18/2010** _____          Signature _____ **/s/ Aillen Sola** _____
                                             of Debtor        ***Aillen Sola***

Date _____          Signature _____
                                             of Joint Debtor
                                             (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*