B6A (Official Form 6A) (12/07)

In re  **Aillen Sola**                                                                                          Case No.  **10-40362**
                                                                                                                            (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 11131 SW 146 Place, Miami, FL  33186<br>Purchased and on title since July 2, 2001.<br>Legal Description:<br>Lot 4, Block 5, of GREEN ESTAES SUBDIVISION SECTION TWO, according to the Plat thereof, as recorded in Plat Book 130, Page 24, of the Public Records of Miami-Dade County, Florida.<br>Valuation based on Miami-Dade County Property Appraiser Office. | Fee Simple | - | $223,329.00 | $295,405.74 |
| Vacant Land<br>503 Tropicana Drive<br>Indian Lakes Estates<br>Legal Description:<br>Indian Lake Est Unit 14 Sec 18<br>Debtor is surrendering interest<br>Value is based on tax appraisal | Joint Tenancy | J | $2,250.00 | $0.00 |
| Vacant Land<br>116 Palm Avenue<br>Indian Lakes Estates<br>Legal Description:<br>Indian Lake Est Unit 6 Sec 12<br>Debtor is surrendering interest<br>Value is based on tax appraisal | Joint Tenancy | J | $2,250.00 | $0.00 |
| 1361 Blue Heron Drive, Sebring, FL<br>Debtor is surrendering interest<br>Value is based on Tax appraisal | Joint Tenancy | J | $28,000.00 | $18,394.00 |
| | | Total: | $255,829.00 | |

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Aillen Sola**                                                                 Case No. **10-40362**
                                                                                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **XXXX6312**<br><br>**Chase**<br>**802 Delaware Avenue 8th F**<br>**Wilmington, DE 19801** | | - | DATE INCURRED: **5/2005**<br>NATURE OF LIEN:<br>**2nd Mortgage**<br>COLLATERAL:<br>**11131 Sw 146 Place, Miami, FL 3186**<br>REMARKS:<br>**Homestead Property.**<br><br>VALUE: **$223,329.00** | | | | **$47,228.34** | **$47,228.34** |
| ACCT #: **XXX06550**<br><br>**Citi Mortgage**<br>**15851 Clayton Road MS-301**<br>**Balwin, MO 63011** | | - | DATE INCURRED: **6/2001**<br>NATURE OF LIEN:<br>**1st Mortgage**<br>COLLATERAL:<br>**11131 SW 146 Place, Miami, FL 33186**<br>REMARKS:<br>**Homestead Property.**<br><br>VALUE: **$223,329.00** | | | | **$248,177.40** | **$24,848.40** |
| ACCT #:<br><br>**RBX Bank**<br>**POB 1220**<br>**Rocky Mount, NC 27802** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**1361 Blue Heron Drive, Sebring, FL**<br>REMARKS:<br><br>VALUE: **$28,000.00** | | | | **$18,394.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$313,799.74** | **$72,076.74** |
| | | | Total (Use only on last page) > | | | | **$313,799.74** | **$72,076.74** |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_____**No**_____ continuation sheets attached