UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

SOLA, AILEEN                                              Case No. 10-40362-BKC-RAM
                                                          Chapter 7

       DEBTOR.
_____/

### TRUSTEE BARRY E. MUKAMAL'S REPORT OF ABANDONMENT

BARRY E. MUKAMAL, TRUSTEE, pursuant to Local Rules 2002-1(C)(1)(f)(ii) and 6007-1 (A) reports that the following asset(s) were abandoned at the Section 341 Meeting of Creditors on 12/15/10:

**Real Property located at: 11131 SW 146 Place, Miami, FL 33186 as listed on Schedule "A" of the Debtor's Bankruptcy petition**

**Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without the necessity of a hearing or order, if no objection is filed and served within 14 days after the date of the service of this notice.**

Date: 12/16/2010

                                            /s/ Barry E. Mukamal
                                Barry E. Mukamal
                                Chapter 7 Trustee
                                One S.E. Third Avenue – Box 158
                                Miami, Florida 33131
                                Telephone: (305) 416-2407
                                Facsimile:  (305) 416-2409